United States District Court
Northern District of New York

| | | |
|---|---|---|
| Patrick Downing, | ) | Case No. 5:20-CV-00395-ATB |
| *Plaintiff*, | ) | |
| | ) | Andrew T. Baxter |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| Andrew Saul, | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration | ) | |
| *Defendant*. | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| Andrew Saul, | Patrick Downing |
|---|---|
| By His Attorneys | By His Attorney |
| | |
| Antoinette T. Bacon, | |
| Acting United States Attorney | |
| | |
| */s/ Rami M. Vanegas* | */s/ Steven R. Dolson*[1] |
| Rami M. Vanegas | Steven R. Dolson |
| Special Assistant United States Attorney | Attorney for Plaintiff |
| N.D.N.Y. Bar Roll No. 701030 | 126 N. Salina St., Ste. 3B |
| Social Security Administration | Syracuse, NY 13202 |
| Office of the General Counsel | (315) 423-3328 |
| J.F.K. Federal Building, Room 625 | sdolson@dolsonattorneys.com |
| Boston, MA 02203 | Bar Roll Number 512788 |
| (617) 565-1845 | |
| rami.vanegas@ssa.gov | |

IT IS SO ORDERED:

Andrew T. Baxter
U.S. Magistrate Judge
Dated: November 12, 2020
Syracuse, NY

---

[1] Signed by Rami Vanegas with Steven Dolson's permission.