# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Patrick Downing**
  Plaintiff(s)
 vs.          **CASE NUMBER: 5:20-cv-395**

**Commissioner of Social Security**
  Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Remand pursuant to the fourth sentence of 42 U.S.C. §405 (g),

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 12th day of November, 2020.

DATED: November 12, 2020

*John Domurat*
Clerk of Court

s/Kathy Rogers
Deputy Clerk